# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Cecil Edward Norwood</u>          Case Number: <u>3:14-00065-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Susan Webber Wright, U.S. District Judge, WDTN</u>

Name of Current Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>August 24, 2011</u>

Original Offense(s): <u>26 U.S.C. § 5861(d) and 5871 Possession of an Unregistered Firearm</u>

Original Sentence: <u>23 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>          Date Supervision Commenced: <u>January 4, 2012</u>

Assistant U.S. Attorney: <u>To be determined</u>          Defense Attorney: <u>To be determined</u>

---

The Court orders:

☑ No Action Necessary at this Time *as recommended by*
□ Submit a Request for Modifying the Condition or Term of Supervision
□ Submit a Request for Warrant or Summons
□ Other

Considered this _____ day of _____, 2014,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda Michele
U.S. Probation Officer

Place          Nashville

Date          August 28, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number       Nature of Noncompliance

**1.**                 **The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.**

On July 9, 2014, Mr. Norwood was found to be in possession of a dagger and bow with arrows. Pictures taken of the items are attached for Your Honor's review.

On July 9, 2014, the probation officer conducted a random home contact on Mr. Norwood's reported address. During the conversation and walk-through of the residence, the probation officer observed a pocket knife on the bedside table, with the blade out. When asked why he would have a pocket knife beside his bed with the blade out, Mr. Norwood reported he must have forgotten to close it. The probation officer asked Mr. Norwood if he had any other weapons in the residence, something that he might use for personal protection. He advised he had a makeshift weapon behind the door, which he used for personal protection. The probation officer observed a dagger on a long painter's pole. Upon closer inspection, the probation officer could see that the dagger was screwed into the pole. Also observed in Mr. Norwood's bedroom, in plain view on his exercise machine, was a bow with arrows. When questioned as to why he would have a bow with arrows, Mr. Norwood reported he did not realize that he was not permitted to have this item. He further stated he spent $300 on the bow and accessories, planning to create an invention having to do with the velocity of the arrow in order to modify it to make it a better product.

**2.**                 **The defendant shall not commit another federal, state, or local crime.**

On July 17, 2014, Mr. Norwood was given a citation by Metropolitan Nashville Police, Davidson County, Tennessee, for Driving on a Suspended Driver's License. The charge was dismissed on August 11, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**
Cecil Edward Norwood began his term of supervised release in the Western District of Tennessee on January 2, 2012. His supervision was accepted for courtesy supervision in the Middle District of Tennessee on March 5, 2014, and jurisdiction was accepted on April 14, 2014. His supervision is due to terminate on January 1, 2015. Mr. Norwood is a full-time student at the Tennessee Applied School of Technology in the dental lab program with an anticipated graduation date in July 2015. He is self-employed as a skilled jeweler and lives in Nashville, Tennessee.

Mr. Norwood was given a verbal reprimand for being in possession of dangerous weapons and re-instructed not to possess a firearm, ammunition, destructive device, or any other dangerous weapon. Additionally, after being cited for Driving on Suspended License, Mr. Norwood was instructed not to drive without a valid license. He has corrected his driver's license and it is currently valid.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting no additional action be taken by the Court at this time. It is recommended that Mr. Norwood remain on supervised release and not incur any future violations. The U.S. Attorney's office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer





